UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS H KRIEHN,<br><br>   Plaintiff,<br><br>   vs.<br><br>U.S. DEPARTMENT OF JUSTICE *et al.*,<br><br>   Defendant(s). | Case No.: 12-CV-04853 YGR<br><br>ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |

On January 11, 2013, the Court dismissed Plaintiff's complaint with leave to amend by no later than February 15, 2013. Plaintiff was warned that failure to file an Amended Complaint would result in dismissal of this action for failure to prosecute. Plaintiff did not file an Amended Complaint.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**
Date: February 21, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE