**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESS H KRIEHN,** | Case No.: 12-CV-04853 YGR |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| vs. | |
| **U.S. DEPARTMENT OF JUSTICE** *et al.*, | |
| Defendant(s). | |

The Court having Dismissed Plaintiff's lawsuit for failure to prosecute, it is **ORDERED, ADJUDGED AND DECREED** that **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff who shall take nothing by way of his complaint

.

**IT IS SO ORDERED.**

Date: Februray 21, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**